No. 1155. El Pueblo, Apelado, *v.* Iglesias, Apelante.— Acometimiento y agresión con circunstancias agravantes. San Juan, Sección 2ª. Mayo 29, 1917. *Confirmada la sentencia.*

---

No. 183. Rivera, Peticionario, *v.* Sepúlveda, Juez Distrito, Ponce, Demandado.—*Certiorari.* Mayo 29, 1917. *No ha lugar.*

---

No. 161. Sucesión Collazo et al., Peticionarios, *v.* Lloreda, Juez Distrito, Arecibo, Demandado.—*Mandamus.* Junio 7, 1917. *Desestimada la solicitud por carecer de finalidad práctica.*

---

No. 159. Nones, Peticionario, *v.* Junta Escolar de Ponce, Demandada.—*Mandamus.* Junio 11, 1917. *Desistida la solicitud.*

---

No. 162. Sucesión de Jesús et al., Peticionarios, *v.* Corber, Secretario Corte Distrito Arecibo, Demandado.—*Mandamus.* Junio 14, 1917. *No ha lugar.*

---

No. 192. Morales, Peticionario, *v.* López Acosta, Juez Distrito Guayama, Demandado.—*Certiorari.* Junio 18, 1917. *No ha lugar.*

---

No. 194. Ramos, Peticionaria, *v.* Foote, Juez Distrito Mayagüez, Demandado.—*Certiorari.* Junio 19, 1917. *No ha lugar.*

---

No. 4. Ginorio, Promovente, *v.* Consejo Ejecutivo, Demandado.—*Injunction.* Junio 23, 1917. *No ha lugar.*